IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00154-CV

 

Thomas H. (Bubba) Smith,

                                                                      Appellant

 v.

 

Matt Baker, Beverly McNeely, 

and Ron Gilmer,

                                                                      Appellees

 

 

 



From the 82nd District Court

Robertson County, Texas

Trial Court # 03-02-16638-CV

 



MEMORANDUM 
Opinion



 

The
Clerk of this Court notified the appellant that the appellant’s brief was
overdue in this cause and that the appeal would be dismissed for want of
prosecution if a response showing grounds for continuing the appeal was not
filed.  See Tex. R. App. P. 38.8(a)(1), 42.3(b).  In response, the
Co-Independent Executors of appellant’s estate have filed a suggestion of death
and have stated their “elect[ion] to discontinue this suit.”  Accordingly, the appeal is dismissed.




PER
CURIAM

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed March 23, 2005

[CV06]